■ ALEDIA GIVENS, as Administratrix and Individually as Parent of STEPHNE J. GIVENS, Deceased, Respondent, v ROCHESTER CITY SCHOOL DISTRICT, Appellant, et al., Defendants. (Appeal No. 2.) [740 NYS2d 926] —Appeal from parts of an order of Supreme Court, Monroe County (Lunn, J.), entered May 23, 2001, which, inter alia, denied the motion of defendant Rochester City School District to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see *Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Hayes, Wisner, Scudder and Kehoe, JJ.